UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

vs.

Samer Succar,

       Defendant.

Case No.  25-cr-20905
Honorable Gershwin A. Drain

---

### Notice of Change of Assistant U.S. Attorney

---

**To:   Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*
Name:		Catherine E. Morris
Bar ID:		P84371
Telephone:	(313) 226-9562
Fax:		(313) 226-2311
Email:		Catherine.Morris@usdoj.gov

*Terminated the following AUSA(s):*
Name:		NONE

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

Dated: December 23, 2025